UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| WARREN GENERAL HOSPITAL, on behalf of itself and all others similarly situated<br><br>        Plaintiff,<br><br>        v.<br><br>AMGEN, INC.<br><br>        Defendant. | CIV. NO. 09-04935 (SRC-MAS) |

## PROPOSED ORDER

AND NOW, THIS 24th day of May, 2010, this Court hereby grants Plaintiff Warren General Hospital's Motion to Seal Exhibits B and D to its Memorandum of Law in Opposition to Amgen's Motion to Dismiss. The Court finds the following Proposed Findings of Fact and Conclusions of Law:

1. Exhibits B and D to Plaintiff's Memorandum of Law in Opposition to Amgen's Motion to Dismiss the Complaint and Strike Certain Allegations in the Complaint are hereby deemed confidential, and shall remain under seal.

2. Legitimate private interests warrant filing Exhibits B and D under seal.

3. Serious injury may result if Exhibits B and D do not remain under seal.

4. There are no less restrictive alternatives to the relief sought.

                                                    s/Michael A. Shipp
                                                    Michael A. Shipp
                                               United States Magistrate Judge