UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WARREN GENERAL HOSPITAL, on behalf of itself and all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>AMGEN, INC.<br><br>      Defendant. | CIV. NO. 09-04935 (SRC-MAS) |

## NOTICE OF APPEAL

Notice is hereby given that plaintiff, in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the Order and Opinion dated June 7, 2010 granting the defendant's Motion to Dismiss and dismissing the complaint against defendant with prejudice.

**DATED:** June 14, 2010

BY:  s/ Jeffrey J. Corrigan
Jeffrey L. Kodroff
Jeffrey J. Corrigan
Mary Ann Giorno
**SPECTOR ROSEMAN KODROFF & WILLIS, P.C.**
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel: (215) 496-0300

Michael D. Hausfeld
Ralph J. Bunche
**HAUSFELD LLP**
1700 K Street, NW
Suite 650
Washington, DC 20006
Tel: (202) 540-7200

Brent W. Landau
**HAUSFELD LLP**
1604 Locust St, 2nd floor
Philadelphia, PA 19103
Tel: (215) 985.3270

John C. Murdock
Jeffrey S. Goldenberg
Todd Naylor
**MURDOCK GOLDENBERG SCHNEIDER & GROH, L.P.A.**
35 East Seventh Street, Suite 600
Cincinnati, OH 45202
Tel:  (513) 345-8291

David H. Fink
**THE MILLER LAW FIRM, P.C.**
Miller Shea Building
950 West University Drive, Suite 300
Rochester, MI 48307
Tel:  (248) 841-2200

Marc Edelson
**EDELSON & ASSOCIATES, LLC**
45 W. Court Street
Doylestown, PA 18901
Tel:  (215) 230-8043

Arthur N. Bailey
**ARTHUR N. BAILEY ASSOCIATES**
111 West Second Street
Suite 4500
Jamestown, NY 14701
Tel:  (716) 664-2967